07 CIV 9601

JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                    :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND                   :
THE MCGRAW-HILL COMPANIES, INC.,
                                            :
                    Plaintiffs,
                                            :
        -against-                                       07 Civ.
                                            :
JOHN DOE D/B/A TOM DANIELS
D/B/A C_BOOKS D/B/A                          :
CTRADE-BOOKS D/B/A REDAPPLE
D/B/A LLBOOKS AND                           :
JOHN DOES NOS. 1-5,
                                            :
                    Defendants.
                                            :
- - - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, to enable Judges and Magistrate Judges of

the Court to evaluate possible disqualification or recusal,

Plaintiff Pearson Education, Inc., certifies that it is an

indirect wholly owned subsidiary of Pearson plc, a U.K.

company which is publicly traded on the London Stock

Exchange and which trades American Depository Shares on the

New York Stock Exchange, each representative of one

ordinary share of Pearson plc stock. Pearson Education,

Inc., also certifies that it has the following indirect

corporate affiliates that have securities or other

interests that are publicly held and which are traded on

the exchanges indicated: Data Broadcasting Corporation

(NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de

Comunicacion SA (Stuttgart, Madrid, Berlin, Munich,

Frankfurt and Xerta).


DATE:_____10/26/07_____          *William Dunnegan*
                                 SIGNATURE OF ATTORNEY