JUDGE HOLWELL

07 CIV 9601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND           :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
            Plaintiffs,
                                    :
      -against-                          07 Civ.
                                    :
JOHN DOE D/B/A TOM DANIELS
D/B/A C_BOOKS D/B/A                  :
CTRADE-BOOKS D/B/A REDAPPLE
D/B/A LLBOOKS AND                   :
JOHN DOES NOS. 1-5,
                                    :
            Defendants.
                                    :
- - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure and to enable Judges and Magistrate Judges

of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for John Wiley & Sons,

Inc. (a private, non-governmental party) certifies that no

publicly-held corporation owns more than 10% of the stock

of the said party.

DATE: 10/26/07

William Dunnigan
SIGNATURE OF ATTORNEY