*JUDGE HOLWELL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND               :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                    Plaintiffs,
                                        :

        -against-                              07 Civ.

JOHN DOE D/B/A TOM DANIELS
D/B/A C_BOOKS D/B/A                      **07 CIV 9601**
CTRADE-BOOKS D/B/A REDAPPLE
D/B/A LLBOOKS AND                       :
JOHN DOES NOS. 1-5,
                                        :
                    Defendants.
                                        :
- - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure and to enable Judges and Magistrate Judges

of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for The McGraw-Hill

Companies, Inc. (a private, non-governmental party)

certifies that no publicly-held corporation owns more than

10% of the stock of the said party.

DATE: ___10/26/07___          _William Dunnegan_
                              SIGNATURE OF ATTORNEY