UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,  
JOHN WILEY & SONS, INC.,  
CENGAGE LEARNING INC. AND  
THE MCGRAW-HILL COMPANIES, INC.,  

              Plaintiffs,

   -against-                    07 Civ. 9601 (RJH)  
                                         ECF CASE  
JOHN DOE D/B/A TOM DANIELS  
D/B/A C_BOOKS D/B/A  
CTRADE-BOOKS D/B/A REDAPPLE  
D/B/A LLBOOKS AND  
JOHN DOES NOS. 1-5,  

              Defendants.

- - - - - - - - - - - - - - - - - x

PLAINTIFFS' EX PARTE APPLICATION FOR AN
ORDER ALLOWING SERVICE BY E-MAIL AND MAIL
AND SERVICE OF SUBPOENAS TO ASCERTAIN THE
IDENTITY AND LOCATION OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service by e-mail and mail of the summons and complaint on defendant John Doe d/b/a Tom Daniels d/b/a C_Books d/b/a Ctrade-Books d/b/a RedApple d/b/a LLBooks, and (ii) authorizing plaintiffs to serve subpoenas on Google Inc., PayPal, Inc., eBay, Inc., Biblio, Inc., and Valore Exchange LLC to determine the identities and locations of defendants, which are presently unknown to plaintiffs.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to November 27, 2007.

A proposed order is annexed.

Dated: New York, New York
       November 27, 2007

                                  DUNNEGAN LLC

                                  By _____
                                     William Dunnegan (WD9316)
                                     Megan L. Martin (MM4396)
                                Attorneys for Plaintiffs
                                     Pearson Education, Inc.,
                                     John Wiley & Sons, Inc.,
                                     Cengage Learning Inc., and
                                     The McGraw-Hill Companies, Inc.
                                350 Fifth Avenue
                                New York, New York 10118
                                (212) 332-8300