AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/11/07 |
| NAME OF SERVER (PRINT) Laura Scileppi | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): e-mailed complaint, summons, order allowing e-service, order for pretrial conference, and Judge Rules to cbooks12@gmail.com and redapple12@gmail.com. Caused to be mailed in a plain envelope to last known mailing address.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/11/07
               Date

Signature of Server

Dunnegan LLC
350 Fifth Avenue, Suite 4908
New York, NY 10118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Laura Scileppi**

| | | | |
|---|---|---|---|
| **From:** | Laura Scileppi | **Sent:** | Mon 12/10/2007 4:48 PM |
| **To:** | redapple12@gmail.com; cbooks12@gmail.com | | |
| **Cc:** | William Dunnegan | | |
| **Subject:** | Notice of Action - Pearson Education Inc., et al v. John Doe d/b/a Tom Daniels et al. | | |
| **Attachments:** | 07cv9601 Complaint.pdf(767KB); 07cv9601 Summons.pdf(60KB); 07cv6901 Holwell Rules.pdf(1MB); Order Allowing E-mail Service 07cv9601.pdf(25KB); Notice of Scheduling Conference Order.pdf(127KB) | | |

Dear John Doe d/b/a Tom Daniels d/b/a C_Books d/b/a Ctrade-books d/b/a RedApple d/b/a LLBooks,

We are attorneys for plaintiffs in the above action.

Please see the attached .pdf versions of the Complaint, Summons, Judge Rules and E-filing Instructions, Order Allowing Electronic Service, and Scheduling Conference Order.

Very truly yours,

Laura Scileppi

(Admission Pending)
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118
212-332-8300

## Laura Scileppi

> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

| | | | |
|---|---|---|---|
| **From:** | System Administrator | **Sent:** | Mon 12/10/2007 4:54 PM |
| **To:** | Laura Scileppi | | |
| **Subject:** | Undeliverable: Notice of Action - Pearson Education Inc., et al v. John Doe d/b/a Tom Daniels et al. | | |
| **Attachments:** | Notice of Action - Pearson Education Inc., et al v. John Doe d/b/a Tom Daniels et al(2MB) | | |

Your message did not reach some or all of the intended recipients.

Subject: Notice of Action - Pearson Education Inc., et al v. John Doe d/b/a Tom Daniels et al.
Sent:    12/10/2007 4:48 PM

The following recipient(s) could not be reached:

  redapple12@gmail.com on 12/10/2007 4:53 PM
    The e-mail account does not exist at the organization this message was sent to. Check the e-mail address, or contact the recipient directly to find out the correct address.
    <Outbound02.Mi8.com #5.1.1 smtp;550 5.1.1 No such user 52si3007413hsf>