```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

PEARSON EDUCATION INC., *ET AL.*,            :        07 Civ. 9601 (SHS)

                Plaintiffs,            :

    -against-            :        ORDER

JOHN DOE, *ET AL.*,            :

                Defendants.            :

-------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

    This case having been recently reassigned to this Court's docket,

    IT IS HEREBY ORDERED that:

    1.    The March 7, 2008 conference scheduled before Judge Holwell is cancelled; and

    2.    There will be a conference on February 29, 2008, at 10:00 a.m.


Dated: New York, New York
       February 13, 2008

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.