Declaration of Service

LAURA J. SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Dunnegan LLC.

2. On February 26, 2008, I caused to be served by U.S. Mail and Federal Express two true copies of the January 18, 2008 Order of Judge Stein, the Amended Complaint 07 Civ. 9601, and the Supplement Summons 07 Civ. 9601 on defendants Jun Liao and Zhengshu Gu at:

> Jun Liao and Zhengshu Gu
> 14606 Cove View Circle
> Midlothian, VA 23112

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February 2008.

_____
Laura J. Scileppi