USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| PEARSON EDUCATION, INC., *ET AL.*, | : | 07 Civ. 9601 (SHS) |
| Plaintiffs, | : | |
| -against- | : | <u>ORDER</u> |
| JOHN DOE, *ET AL.*, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for plaintiffs present, and defendants Zhengshu Gu and Jun Liao appearing by telephone,

      IT IS HEREBY ORDERED that:

      1.    There will be a mid discovery status conference on April 25, 2008, at 10:00 a.m.; and

      2.    The last day for completion of discovery is June 27, 2008.

Dated: New York, New York
           February 29, 2008

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.