USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PEARSON EDUCATION, INC., *ET AL.*,    :    07 Civ. 9601 (SHS)

               Plaintiffs,    :

    -against-    :    <u>ORDER</u>

ZHENGSHU GU, JUN LIAO, and JOHN DOES    :
NOS. 1-5,
                                        :

               Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendants,

      IT IS HEREBY ORDERED that the next pretrial conference is scheduled for June 13, 2008, at 10:30 a.m.

Dated: New York, New York
       April 25, 2008

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.