USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

                Plaintiffs,

    -against-                     07 Civ. 9601 (SHS)

ZHENGSHU GU AND JUN LIAO BOTH
D/B/A TOM DANIELS D/B/A C_BOOKS
D/B/A CTRADE-BOOKS D/B/A
REDAPPLE D/B/A LLBOOKS AND JOHN
DOE NOS. 1-5,

                Defendants.

------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above action without prejudice and without costs.

Dated:  New York, New York
        June 13, 2008

                                  DUNNEGAN LLC

                                  By William Dunnegan
                                  William Dunnegan (WD9316)
                                  Attorneys for Plaintiffs
                                  350 Fifth Avenue
                                  New York, New York 10118
                                  (212) 332-8300

SO ORDERED 6/13/08

                                  [signature]
                                  USDJ

TO:  Jun Liao and Zhengshu Gu
     14606 Cove View Circle
     Midlothian, VA 23112

## Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On June 13, 2008, I served a true copy of the foregoing NOTICE OF DISMISSAL by U.S. Mail on Defendants:

> Jun Liao and Zhengshu Gu
> 14606 Cove View Circle
> Midlothian, VA 23112

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June 2008.

_____
Gervaise Mourlet